UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HUDSON INSURANCE COMPANY, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. 1:24-cv-845 |
| TEXPORT TRUCKING LLC, § | |
| ALEJANDRO RODRIGUEZ-LIMON, § | |
| and MANUEL ARAGON-SEGURA, § | **JURY DEMAND** |
| § | |
| *Defendants.* § | |

### PLAINTIFF HUDSON INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO THE HONORABLE COURT:

COMES NOW, HUDSON INSURANCE COMPANY, Plaintiff, and files this its Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in support thereof, would respectfully show the following:

**I.**

1. On July 29, 2024, Plaintiff filed its Original Complaint and Request for Declaratory Judgment against Texport Trucking, LLC ("Texport"), Alejandro Rodriguez-Limon ("Rodriguez-Limon"), and Manuel Aragon-Segura ("Aragon-Segura") (collectively referred to as "Defendants").

2. To date, none of the Defendants have filed an answer or appeared in this case. Additionally, none of the Defendants have filed a motion for summary judgment.

3. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, including Texport, Rodriguez-Limon, and Aragon-Segura.

4. Plaintiff requests that the clerk of the Court enters this dismissal in the records of the Court.

                                                  Respectfully submitted,

**RYMER, ECHOLS, SLAY & NELSON-ARCHER, P.C.**

By: _____
      Nathan M. Rymer
      State Bar No. 00792814
      Catherine G. Gross
      State Bar No. 24120870
      1502 Augusta Drive, Suite 400
      Houston, Texas 77057
      Telephone: (713) 626-1550
      Facsimile: (713) 626-1558
      nrymer@resnlaw.com
      cgross@resnlaw.com

ATTORNEYS FOR PLAINTIFF
HUDSON INSURANCE COMPANY